and a beautiful 5 year old daughter) who desperately are in need of my emotional and financial support... Which means the World to me!
I hope and pray that you will take this important matter into consideration and review my custody status for release on Supervision (since my country is currently in civil chaos) so that I may have the opportunity to provide for my family! When I am released, I will concentrate on working and supporting my family and I will abide by any and all conditions placed on my release.

Wherefore, for the reasons stated herein, I respectfully request that I be released under an order of Supervision so that I may join my family, return to gainful employment, and no longer be a financial burden to society.

I thank you in advance for your precious time and prompt attention to this important matter, and I look foward to your response in the near future.

Thank You,

*Aderson Cesar*
Aderson Cesar, I.D. # 39041
Plymouth County Jail
26 Long Pond Rd. Unit: C-3
Plymouth, Mass. 02360

CC: Copy