UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ADERSON CESAR,                              )
                                            )
                  Petitioner,               )
                                            )
            v.                              ) C.A. No. 05-10212-JLT
                                            )
BRUCE  CHADBOURNE,                          )
Interim Field Director for Detention        )
and Removal, ET AL.,                        )
                  Respondents.              )

ORDER ON APPLICATION TO

PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☒      GRANTED.

G      DENIED for the following reason(s):

SO ORDERED.

February 7, 2005                   /s/ Joseph L. Tauro
DATE                               JOSEPH L. TAURO
                                   UNITED STATES DISTRICT JUDGE