UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADERSON CESAR, )<br>)<br>      Petitioner, )<br>)<br>v. )<br>)<br>BRUCE CHADBOURNE, )<br>Interim Field Director for Detention )<br>and Removal, ET AL., )<br>      Respondents. ) | C.A. No. 05-10212-JLT |

O R D E R

Tauro, D. J.

On February 2, 2005 petitioner Aderson Cesar, an immigration detainee confined at Suffolk County House of Corrections, filed a petition for a writ of habeas corpus under Section 2241.

ACCORDINGLY,

(1) The Clerk shall serve a copy of this order and the petition by certified mail upon the respondent, Andrea Cabral, Sheriff of Suffolk County House of Correction AND counsel for the Respondent: (i) the United States Attorney; AND (ii) Frank Crowley, Department of Homeland Security, Special Assistant United States Attorney, P.O. Box 8728, JFK Station, Boston, MA 02114 by certified mail AND

(2) The Respondents shall file an answer or other responsive pleading within 20 days of receipt of the petition; and

(3) The Respondents shall provide the Court with at least 48 hours advance notice of any scheduled deportation or removal of petitioner.

SO ORDERED.

| | |
|---|---|
| February 7, 2005 | /s/ Joseph L. Tauro |
| Date | Joseph L. Tauro |
| | United States District Judge |